UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED LIABILITY COMPANY<br><br>PLAINTIFF<br><br>v.<br><br>STEVEN J. STEINBERG AND JODY A. STEINBERG<br><br>DEFENDANTS | CIVIL ACTION NO: |

**COMPLAINT FOR FORECLOSURE**

**22 PINEWOOD DRIVE, CUMBERLAND, ME 04021**
**MORTGAGE RECORDED IN CUMBERLAND COUNTY REGISTRY OF DEEDS IN**
**BOOK 25796, PAGE 274**

NOW COMES Plaintiff, Bayview Loan Servicing, LLC, a Delaware Limited Liability Company, by and through its attorneys, Bendett & McHugh, P.C., and complains against Defendants pursuant to 14 M.R.S. § 6321 et seq., saying further as follows:

**JURISDICTION AND VENUE**

1. This Court has diversity jurisdiction pursuant 28 U.S.C. § 1332 because Plaintiff and Defendants are citizens of different states and the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs. Any Court of the United States, upon the filing of an appropriate pleading, may declare the rights and other legal

1

relations of any interested party seeking such declaration, whether or not further relief is or could be sought under 28 U.S.C. § 2201.

2. Venue is properly exercised pursuant to 28 U.S.C. §1391(b)(2) insofar as all or a substantial portion of the events that give rise to the Plaintiff's claims transpired in Maine and the property is located in Maine.

## PARTIES

3. Bayview Loan Servicing, LLC, a Delaware Limited Liability Company, ("Plaintiff") has a principal place of business at 4425 Ponce de Leon Boulevard, 5th Floor, Coral Gables, Florida.

4. Defendants, Steven J. Steinberg and Jody A. Steinberg, are residents of Cumberland, County of Cumberland and State of Maine.

## FACTS

5. Defendants Steven J. Steinberg and Jody A. Steinberg are the owners of certain real property located at 22 Pinewood Drive, Cumberland, Maine (the "Premises") by virtue of a deed from Pamela Gillig, Trustee of the Howard Children's Trust, dated February 10, 2005, and recorded in the Cumberland County Registry of Deeds on February 17, 2005 in Book 22333 at Page 212 and being more particularly described by the attached legal description. *See* Exhibit A.

6. On January 18, 2008, Defendants Steven J. Steinberg and Jody A. Steinberg executed and delivered to Security Atlantic Mortgage Co. Inc. a certain promissory note in the original principal amount of $237,510.00 (the "Note"). *See* Exhibit B.

7. Plaintiff is entitled to enforce the Note as the Note was endorsed to Countrywide Bank, FSB, thereafter endorsed to Countrywide Home Loans Servicing, LP and subsequently endorsed in blank.

8. Plaintiff certifies that the owner of the Note is Bayview Loan Servicing, LLC.

9. To secure said Note, in the amount of $237,510.00, Defendants Steven J. Steinberg and Jody A. Steinberg executed and delivered a Mortgage in favor of Mortgage Electronic Registration Systems, Inc., as nominee for Security Atlantic Mortgage Co. Inc., dated January 18, 2008 and recorded in the Cumberland County Registry of Deeds in Book 25796 at Page 274 securing the property located at 22 Pinewood Drive, Cumberland, ME, 04021 (the "Mortgage). *See* Exhibit C.

10. Said Mortgage was assigned from Mortgage Electronic Registration Systems, Inc., as nominee for Security Atlantic Mortgage Co. Inc. to Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP by an Assignment of Mortgage, dated March 7, 2012 and recorded on March 21, 2012 in Book 29436 at Page 235 of the Cumberland County Registry of Deeds.  *See* Exhibit D1.

11. Said Mortgage was thereafter assigned from Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP to Secretary of Housing and Urban Development by an Assignment of Mortgage, dated January 21, 2016 and recorded on March 28, 2016 in Book 33001 at Page 122 of the Cumberland County Registry of Deeds.  *See* Exhibit D2.

12. Said Mortgage was subsequently assigned from Secretary of Housing and Urban Development to Plaintiff by an Assignment of Mortgage, dated February 15, 2016 and

recorded on March 28, 2016 in Book 33001 at Page 123 of the Cumberland County Registry of Deeds.  *See* Exhibit D3.

13. Said Mortgage was assigned from Security Atlantic Mortgage Co. Inc. to Plaintiff by an Assignment of Mortgage, dated July 26, 2018 and recorded on August 6, 2018 in Book 35048 at Page 215 of the Cumberland County Registry of Deeds.   *See* Exhibit D4.

14. Plaintiff, directly or through its agent, is in possession of the original Note, Mortgage and any assignments.

15. Plaintiff is the party entitled to collect the debt evidenced by said Note and is the party entitled to enforce the Mortgage, and has the right to foreclose the Mortgage.

16. Defendants Steven J. Steinberg and Jody A. Steinberg are presently in default of the Note, having failed to make the monthly payment due February 1, 2014, and having failed to make all payments due thereafter.  As a result thereof, Defendants have breached a condition of the Mortgage.

17. In compliance with the Note and Mortgage and/or 14 M.R.S.A. § 6111, on or about October 9, 2018, Plaintiff sent a Notice of Default to the mortgagor and any co-signor against whom the mortgagee is enforcing the obligation secured by the mortgage, by certified mail, return receipt requested and/or by regular mail, postage prepaid (herein after referred to as the "Demand Letter"). *See* Exhibit E.

18. Defendants Steven J. Steinberg and Jody A. Steinberg have failed to cure the default prior to the expiration of the Demand Letter. In accordance with the Note and the Mortgage, Plaintiff has declared the entire principal amount outstanding, accrued interest thereon, and all other sums due under the Note and Mortgage to be presently due and payable.

19. The total unpaid principal balance owed under the Note and Mortgage as of November 9, 2018, is $218,979.96 plus interest, late charges, expenses and reasonable attorney's fees and costs.

20. Plaintiff anticipates that additional disbursements will be made for attorney's fees and other services rendered during the foreclosure and sale.

## COUNT I – FORECLOSURE

21. Plaintiff, Bayview Loan Servicing, LLC, a Delaware Limited Liability Company, repeats and realleges paragraphs 1 through 20 as if fully set forth herein.

22. This is an action for foreclosure and title to real estate located at 22 Pinewood Drive, Cumberland, County of Cumberland, and State of Maine. *See* Exhibit A.

23. Plaintiff, Bayview Loan Servicing, LLC, a Delaware Limited Liability Company, is the holder of the Note pursuant to endorsement by the previous holder and physical possession of the Note. As such, Plaintiff has the right to foreclosure upon the subject property.

24. Plaintiff is the current owner and investor of the Mortgage and Note.

25. Defendants Steven J. Steinberg and Jody A. Steinberg are presently in default on said Mortgage and Note, having failed to make the monthly payment due February 1, 2014. As a result, Defendants Steven J. Steinberg and Jody A. Steinberg have breached the condition of the Mortgage and Note.

26. The total unpaid principal balance owed under the Note and Mortgage as of November 9, 2018 is $218,979.96 plus interest, late charges, expenses and reasonable attorney's fees and costs.

27. The record established through the Cumberland County Registry of Deeds indicates that there are no public utility easements recorded subsequent to the Mortgage and prior to the commencement of these proceedings affecting the mortgaged premises at issue herein.

28. By virtue of Defendants' breach of condition, Plaintiff, Bayview Loan Servicing, LLC, a Delaware Limited Liability Company, hereby demands a foreclosure on said real estate.

29. Notice in conformity with 14 M.R.S.A. §6111 was sent to Defendants Steven J. Steinberg and Jody A. Steinberg on October 8, 2019 as evidenced by the Certificate of Mailing. *See* Exhibit F.

30. Defendants Steven J. Steinberg and Jody A. Steinberg are not in the Military as evidenced by the attached Exhibit G.

## **COUNT II – UNJUST ENRICHMENT**

31. Plaintiff, Bayview Loan Servicing, LLC, a Delaware Limited Liability Company repeats and re-alleges paragraphs 1 through 30 as if fully set forth herein.

32. Mortgage Electronic Registration Systems, Inc., as nominee for Security Atlantic Mortgage Co. Inc., predecessor-in-interest to Bayview Loan Servicing, LLC, a Delaware Limited Liability Company, loaned Defendants Steven J. Steinberg and Jody A. Steinberg $237,510.00. *See* Exhibit B.

33. Defendants Steven J. Steinberg and Jody A. Steinberg have failed to repay the loan obligation pursuant to the terms of the Note and Mortgage.

34. As a result, Defendants Steven J. Steinberg and Jody A. Steinberg have been unjustly enriched to the detriment of Plaintiff, Bayview Loan Servicing, LLC, a Delaware

Limited Liability Company, as successor-in-interest to Mortgage Electronic Registration Systems, Inc., as nominee for Security Atlantic Mortgage Co. Inc. by having received the benefits described above without repayment pursuant to the terms of the Note and Mortgage.

35. As such, Plaintiff, Bayview Loan Servicing, LLC, a Delaware Limited Liability Company, is entitled to relief.

## **PRAYERS FOR RELIEF**

WHEREFORE, Plaintiff, Bayview Loan Servicing, LLC, a Delaware Limited Liability Company, prays this Honorable Court:

Find that Defendants entered into a contract for a sum certain in exchange for a security interest in the subject property.

    a. Determine that there has been a breach of condition of the Mortgage;

    b. Find that Plaintiff, Bayview Loan Servicing, LLC, a Delaware Limited Liability Company, is entitled to enforce the terms and conditions of the Note and Mortgage;

    c. Determine the amounts due under the Note and secured by the Mortgage, including principal, interest, reasonable attorney's fees, court costs and other expenses;

    d. Find that the Defendants are liable for any deficiency balance remaining due to Plaintiff after the sale of the mortgaged real estate and application of the proceeds of sale (this prayer is void for any Defendant that did not execute the Note or Guaranty and for any Defendant who has been granted discharge in bankruptcy);

e. Issue a Judgment of Foreclosure and Sale in conformity with Title 14, M.R.S. § 6322;

f. Order exclusive possession of the real estate to Plaintiff upon the expiration of the statutory ninety (90) day period of redemption and direct the clerk to issue a Writ of Possession at the request of Plaintiff;

g. Find that by virtue of the Note and Mortgage, Defendants Steven J. Steinberg and Jody A. Steinberg have been unjustly enriched at the Plaintiff's expense; and

h. Order such other and further relief as this Honorable Court deems just and proper.

Respectfully submitted,

Bayview Loan Servicing, LLC, a Delaware Limited Liability Company

By its Attorneys,
BENDETT & MCHUGH, P.C.

Dated: March 5, 2019        By: /s/Carly J. Traub, Esq. Bar No. 5612
MECourtMailings@bmpc-law.com

/s/ Santo Longo, Esq.  Bar No.: 5192
MECourtMailings@bmpc-law.com

/s/ Andrew J. Schaefer, Esq.  Bar No.: 5770
MECourtMailings@bmpc-law.com

/s/ Tristan E. Birkenmeier, Esq.  Bar No.: 5283
MECourtMailings@bmpc-law.com

Attorneys for Plaintiff
Bendett & McHugh, PC
30 Danforth Street, Suite 104
Portland ME, 04101
207-221-0016
MECourtMailings@bmpc-law.com

A certain lot or parcel of land with the buildings and improvements thereon situated on the northeasterly side of Pinewood Drive in Cumberland, County of Cumberland, and State of Maine, and being Lot No. 11 as shown on Plan of Pinewood Acres, made by Carl F. Emery, Reg. Civil Engineer, dated November, 1958, and recorded in the Cumberland County Registry of Deeds in Plan Book 50, Page 61, to which plan reference is hereby made for a more particular description.