
EXHIBIT E

# BENDETT & McHUGH
## ATTORNEYS AT LAW

October 9, 2018

Steven J. Steinberg
64 Coach Lantern Lane East
Scarborough, ME 04074

RE:   22 Pinewood Drive, Cumberland, Maine

Dear Sir/Madam:

This firm serves as legal counsel to Bayview Loan Servicing, LLC, a Delaware Limited Liability Company, the mortgagee ("Mortgagee") for the mortgage from Steven J. Steinberg and Jody A. Steinberg to Mortgage Electronic Registration Systems, Inc. as nominee for Security Atlantic Mortgage Co. Inc. (the "Mortgage"), encumbering certain real property and improvements thereon located at 22 Pinewood Drive, Cumberland, Maine (the "Property") which secures a certain promissory note (the "Note"; together with the Mortgage and all other documents executed in connection therewith, the "Loan Documents") of the same date.

Please be advised that the Note is in default for breach of the conditions contained in the Loan Documents, including without limitation the failure to make monthly payments due under the Note.

As of October 9, 2018, the full amount past due is $136,483.59 (the "Cure Amount"). Pursuant to 14 M.R.S.A. § 6111, the Loan Documents, and/or the Maine Consumer Credit Code, you have a right to cure the default by paying the full Cure Amount on or before November 16, 2018 (the "Cure Date"). **Please be advised only certified funds will be accepted.** Please make the check payable to Bayview Loan Servicing, LLC, the servicer of the Mortgage and mail your payment to:

Bendett & McHugh
ATTN: Rebecca Rollo
270 Farmington, Ave., Suite 151
Farmington, CT 06032

An itemization of the Cure Amount, including amounts of past due principal and interest, as well as fees, costs, and all charges required to cure the default is attached to this letter. The total amount needed to cure the default pursuant to this letter does not include any amounts that become due after the date of this letter. However, this will not change the amount needed to cure the default pursuant to this letter. If the default is not cured by the Cure Date, the balance of the Note may be deemed accelerated without further demand, and the Mortgagee or its successor or assignee (together, the "Lender") may proceed with foreclosure of the Mortgage. The Lender may also be entitled to all reasonable costs, expenses and fees incurred by the Lender in pursuing its remedies including, but not limited to, reasonable attorney's fees.

As of October 9, 2018, the Mortgage secures the amount of $333,485.12.

Notwithstanding any acceleration, pursuant to the terms of the Mortgage and/or applicable law, at any time before a judgment enters enforcing the Mortgage, you may have the opportunity to reinstate the mortgage loan by paying all sums which would then be due under the Mortgage had no acceleration occurred, including reasonable attorneys' fees and other costs of proceedings which have been incurred as of the date of such payment, and by complying with any reasonable requests of the Lender in connection with protection of its security interest in the Property, as set forth in the Mortgage. If you meet the conditions required to reinstate prior to the deadline established by applicable law and/or the loan documents, you will have the right to have the enforcement of the Mortgage discontinued, and to have the Note and Mortgage remain fully effective as if immediate payment in full had never been required.

You may have options available other than foreclosure. You may discuss available options with the Lender, its servicer if applicable, or a counselor approved by the United States Department of Housing and Urban Development ("HUD") (see attached list of agencies approved by HUD to assist mortgagors in the State to avoid foreclosure). Additional information may be found at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm?webListAction=search&searchstate=me. You are encouraged to explore available options prior to the Cure Date.

The contact information for an individual representing the lender that may modify the loan is: Bayview Loan Servicing, Attn: Loss Mitigation, 4425 Ponce de Leon Blvd., 5th Floor, Coral Gables, FL 33146, (305) 646-4133.

Also, you may assert through court action the nonexistence of a default or any other defense you may have to acceleration and sale of the property. If a court action for foreclosure is commenced, you also have a right to assert those claims or defenses in response to that action. Where mediation is available under state law (14 M.R.S.A. §6321-A), you may request mediation to explore options for avoiding foreclosure judgment.

**NOTICE:**
**THE LAW FIRM OF BENDETT AND MCHUGH, PC IS A DEBT COLLECTOR AND IS ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION WE OBTAIN WILL BE USED FOR THAT PURPOSE. IF YOU HAVE PREVIOUSLY RECEIVED A DISCHARGE IN BANKRUPTCY WHICH DISCHARGED THIS DEBT, THIS CORRESPONDENCE IS NOT AND SHOULD NOT BE CONSTRUED TO BE AN ATTEMPT TO COLLECT A DEBT, BUT ONLY ENFORCEMENT OF A LIEN AGAINST PROPERTY.**

Very truly yours,

*Carly J. Traub, Esq.*

Carly J. Traub, Esq.

SENT VIA FIRST CLASS CERTIFICATED, POSTAGE PREPAID

Itemization of Cure Amount thru October 9, 2018

| | |
|---|---|
| Principal & Interest & Escrow Payments<br>28 Payments @ $2,018.26<br>12 Payments @ $1,939.85<br>12 Payments @ $1,943.26<br>5 Payments  @ $1.969.42 | $112,979.70 |
| Attorney's Fees | $1,124.00 |
| Late Charges Due | $3,074.83 |
| Property Inspection Fee | $393.00 |
| BPO | $75.00 |
| Hazard Claims | $2,305.75 |
| Property Preservation Expense | $16,531.31 |
| Total arrearage | $136,483.59 |

270 FARMINGTON AVENUE, SUITE 151 • FARMINGTON, CONNECTICUT 06032 • TEL (860) 677-2868 • TDD/TYY PLEASE FIRST DIAL 711

This listing is current as of **10/01/2018**.

## Agencies located in MAINE

**Agency Name:** MAINE STATE HOUSING AUTHORITY
**Phone:** 207-626-4670
**Toll Free:** 800-452-4668
**Fax:** 207-626-4678
**Email:** dkjohnson@mainehousing.org
**Address:** 353 Water Street
AUGUSTA, Maine 04330-4665
**Counseling Services:** - Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
**Languages:** - English
**Affiliation:**
**Website:** www.mainehousing.org
**Agency ID:** 81227

**Agency Name:** MAINE STATE HOUSING AUTHORITY
**Phone:** 207-626-4670
**Toll Free:**
**Fax:**
**Email:** dkjohnson@mainehousing.org
**Address:** 353 Water St
Augusta, Maine 04330-6113
**Counseling Services:** - Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
**Languages:** - English
**Affiliation:** MAINE STATE HOUSING AUTHORITY
**Website:** http://www.mainehousing.org
**Agency ID:** 84456

**Agency Name:** PENQUIS COMMUNITY ACTION PROGRAM
**Phone:** 207-974-2403
**Toll Free:** 888-424-0151
**Fax:** 207-973-3699
**Email:** hmassow@penquis.org
**Address:** 262 Harlow Street
BANGOR, Maine 04401-4952
**Counseling Services:** - Financial, Budgeting, and Credit Workshops
- Mortgage Delinquency and Default Resolution Counseling
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
**Languages:** - English
**Affiliation:** NEIGHBORHOOD REINVESTMENT CORP. DBA NEIGHBORWORKS AMERICA
**Website:** http://www.penquis.org
**Agency ID:** 81649

**Agency Name:** MIDCOAST MAINE COMMUNITY ACTION
**Phone:** 207-442-7963
**Toll Free:** 800-221-2221
**Fax:** 207-443-7447
**Email:** candice.carpenter@mmcacorp.org
**Address:** 34 Wing Farm Pkwy
Bath, Maine 04530-1515
**Counseling Services:** - Financial Management/Budget Counseling
- Rental Housing Counseling
- Services for Homeless Counseling
**Languages:** - English
- Spanish
**Affiliation:**
**Website:** http://www.midcoastmainecommunityaction.org
**Agency ID:** 80502

**Agency Name:** WALDO COMMUNITY ACTION PARTNERS
**Phone:** 207-338-6809
**Toll Free:**
**Fax:**
**Email:** N/A
**Address:** 9 Field St Ste 201
Belfast, Maine 04915-6661
**Counseling Services:**

                - Financial Management/Budget Counseling
                - Mortgage Delinquency and Default Resolution Counseling
                - Non-Delinquency Post Purchase Workshops
                - Pre-purchase Counseling
                - Pre-purchase Homebuyer Education Workshops
                - Rental Housing Counseling
                - Resolving/Preventing Mortgage Delinquency Workshops
                - Services for Homeless Counseling
**Languages:** - English
                - French
                - German
**Affiliation:** MAINE STATE HOUSING AUTHORITY
**Website:** http://waldocap.org
**Agency ID:** 90310

---

**Agency Name:** COASTAL ENTERPRISES, INCORPORATED
**Phone:** 207-504-5900
**Toll Free:** 877-340-2649
**Fax:**
**Email:** jason.thomas@ceimaine.org
**Address:** 30 Federal Street
Suite 100
BRUNSWICK, Maine 04011-1510
**Counseling Services:** - Fair Housing Pre-Purchase Education Workshops
- Financial Management/Budget Counseling
- Home Improvement and Rehabilitation Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Predatory Lending Education Workshops
- Rental Housing Counseling
- Reverse Mortgage Counseling
- Services for Homeless Counseling
**Languages:** - English
- Spanish
**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
**Website:** http://www.ceimaine.org
**Agency ID:** 80985

---

**Agency Name:** FOUR DIRECTIONS DEVELOPMENT CORPORATION
**Phone:** 207-866-6546
**Toll Free:**
**Fax:** 207-866-6553
**Email:** snickerson@fourdirectionsmaine.org
**Address:** 20 Godfrey Drive
ORONO, Maine 04473-3610
**Counseling Services:** - Financial Management/Budget Counseling
- Financial, Budgeting, and Credit Workshops
- Home Improvement and Rehabilitation Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
**Languages:** - English
**Affiliation:** MAINE STATE HOUSING AUTHORITY
**Website:** www.fourdirectionsmaine.org
**Agency ID:** 83879

---

**Agency Name:** AVESTA HOUSING DEVELOPMENT CORPORATION
**Phone:** 207-553-7780-3347
**Toll Free:** 800-339-6516
**Fax:** 207-553-7778
**Email:** ndigeronimo@avestahousing.org
**Address:** 307 Cumberland Avenue
PORTLAND, Maine 04101-4920
**Counseling Services:** - Financial Management/Budget Counseling
- Home Improvement and Rehabilitation Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Rental Housing Counseling
- Rental Housing Workshops
**Languages:** - English
**Affiliation:** CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.

**Website:** www.avestahousing.org
**Agency ID:** 81144

**Agency Name:** MONEY MANAGEMENT INTERNATIONAL - SOUTH PORTLAND
**Phone:** 866-232-9080
**Toll Free:** 866-232-9080
**Fax:** 866-921-5129
**Email:** counselinginfo@moneymanagement.org
**Address:** 477 Congress St
5th Floor
PORTLAND, Maine 04101-3427
**Counseling Services:**
- Financial Management/Budget Counseling
- Mortgage Delinquency and Default Resolution Counseling
- Non-Delinquency Post Purchase Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
- Rental Housing Counseling

**Languages:**
- English
- Spanish

**Affiliation:** MONEY MANAGEMENT INTERNATIONAL INC.
**Website:** http://www.moneymanagement.org
**Agency ID:** 82632

**Agency Name:** PINE TREE LEGAL ASSISTANCE, INCORPORATED
**Phone:** 207-774-8211
**Toll Free:**
**Fax:** 207-828-2300
**Email:** nheald@ptla.org
**Address:** 88 Federal St
PO Box 547
PORTLAND, Maine 04101-4205
**Counseling Services:**
- Fair Housing Pre-Purchase Education Workshops
- Mortgage Delinquency and Default Resolution Counseling
- Pre-purchase Counseling
- Predatory Lending Education Workshops
- Rental Housing Counseling
- Services for Homeless Counseling

**Languages:**
- Arabic
- ASL
- Cambodian
- Cantonese
- Chinese Mandarin
- Creole
- Czech
- English
- Farsi
- French
- Hindi
- Hmong
- Indonesian
- Korean
- Polish
- Portuguese
- Russian
- Spanish
- Swahili
- Turkish
- Ukrainian
- Vietnamese

**Affiliation:**
**Website:** http://www.ptla.org
**Agency ID:** 80635

**Agency Name:** PROPERITY ME FKA COMMUNITY FINANCIAL LITERACY
**Phone:** 207-797-7890
**Toll Free:**
**Fax:**
**Email:** crwaganje@prosperityme.org
**Address:** 309 Cumberland Ave Ste 202
Portland, Maine 04101-4982
**Counseling Services:**
- Fair Housing Pre-Purchase Education Workshops
- Financial Management/Budget Counseling
- Financial, Budgeting, and Credit Workshops
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops

```
                        - Rental Housing Counseling
         Languages: - English
                    - French
                    - Other
                    - Swahili
        Affiliation: MAINE STATE HOUSING AUTHORITY
           Website: http://cflme.org/
          Agency ID: 80649
```

```
        Agency Name: AROOSTOOK COUNTY ACTION PROGRAM, INC.
              Phone: 207-764-3721
          Toll Free:
                Fax:
              Email: N/A
            Address: 771 Main St
                     Presque Isle, Maine 04769-2201
Counseling Services: - Mortgage Delinquency and Default Resolution Counseling
                     - Pre-purchase Counseling
                     - Pre-purchase Homebuyer Education Workshops
          Languages: - English
         Affiliation: MAINE STATE HOUSING AUTHORITY
            Website: http://www.acap-me.org
           Agency ID: 83641
```

```
        Agency Name: YORK COUNTY COMMUNITY ACTION AGENCY
              Phone: 207-459-2903
          Toll Free:
                Fax: 207-490-5026
              Email: Meaghan.Arzberger@yccac.org
            Address: 6 Spruce Street
                     SANFORD, Maine 04073-2917
Counseling Services: - Fair Housing Pre-Purchase Education Workshops
                     - Financial Management/Budget Counseling
                     - Home Improvement and Rehabilitation Counseling
                     - Mortgage Delinquency and Default Resolution Counseling
                     - Non-Delinquency Post Purchase Workshops
                     - Pre-purchase Counseling
                     - Pre-purchase Homebuyer Education Workshops
                     - Predatory Lending Education Workshops
                     - Rental Housing Counseling
                     - Services for Homeless Counseling
          Languages: - English
         Affiliation: CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
            Website: http://www.yccac.org
           Agency ID: 81150
```

```
        Agency Name: COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE
              Phone: 207-333-6419
          Toll Free:
                Fax: 207-795-4069
              Email: homequest@community-concepts.org
            Address: 17 Market Square
                     SOUTH PARIS, Maine 04281-1533
Counseling Services: - Fair Housing Pre-Purchase Education Workshops
                     - Financial Management/Budget Counseling
                     - Mortgage Delinquency and Default Resolution Counseling
                     - Non-Delinquency Post Purchase Workshops
                     - Pre-purchase Counseling
                     - Pre-purchase Homebuyer Education Workshops
                     - Predatory Lending Education Workshops
                     - Rental Housing Counseling
          Languages: - English
         Affiliation: CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
            Website: www.community-concepts.org
           Agency ID: 81580
```

```
        Agency Name: KENNEBEC VALLEY COMMUNITY ACTION PROGRAM
              Phone: 800-542-8227
          Toll Free:
                Fax:
              Email: N/A
            Address: 97 Water St
                     Waterville, Maine 04901-6339
Counseling Services: - Financial Management/Budget Counseling
                     - Mortgage Delinquency and Default Resolution Counseling
```

- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops

**Languages:** - English
**Affiliation:** NEIGHBORHOOD REINVESTMENT CORP. DBA NEIGHBORWORKS AMERICA
**Website:** http://www.kvcap.org
**Agency ID:** 81685

# BENDETT & McHUGH
## ATTORNEYS AT LAW

October 9, 2018

Jody A. Steinberg
64 Coach Lantern Lane East
Scarborough, ME 04074

RE: 22 Pinewood Drive, Cumberland, Maine

Dear Sir/Madam:

This firm serves as legal counsel to Bayview Loan Servicing, LLC, a Delaware Limited Liability Company, the mortgagee ("Mortgagee") for the mortgage from Steven J. Steinberg and Jody A. Steinberg to Mortgage Electronic Registration Systems, Inc. as nominee for Security Atlantic Mortgage Co. Inc. (the "Mortgage"), encumbering certain real property and improvements thereon located at 22 Pinewood Drive, Cumberland, Maine (the "Property") which secures a certain promissory note (the "Note"; together with the Mortgage and all other documents executed in connection therewith, the "Loan Documents") of the same date.

Please be advised that the Note is in default for breach of the conditions contained in the Loan Documents, including without limitation the failure to make monthly payments due under the Note.

As of October 9, 2018, the full amount past due is $136,483.59 (the "Cure Amount"). Pursuant to 14 M.R.S.A. § 6111, the Loan Documents, and/or the Maine Consumer Credit Code, you have a right to cure the default by paying the full Cure Amount on or before November 16, 2018 (the "Cure Date"). **Please be advised only certified funds will be accepted.** Please make the check payable to: Bayview Loan Servicing, LLC, the servicer of the Mortgage and mail your payment to:

Bendett & McHugh
ATTN: Rebecca Rollo
270 Farmington, Ave., Suite 151
Farmington, CT 06032

An itemization of the Cure Amount, including amounts of past due principal and interest, as well as fees, costs, and all charges required to cure the default is attached to this letter. The total amount needed to cure the default pursuant to this letter does not include any amounts that become due after the date of this letter. However, this will not change the amount needed to cure the default pursuant to this letter. If the default is not cured by the Cure Date, the balance of the Note may be deemed accelerated without further demand, and the Mortgagee or its successor or assignee (together, the "Lender") may proceed with foreclosure of the Mortgage. The Lender may also be entitled to all reasonable costs, expenses and fees incurred by the Lender in pursuing its remedies including, but not limited to, reasonable attorney's fees.

As of October 9, 2018, the Mortgage secures the amount of $333,485.13.

Notwithstanding any acceleration, pursuant to the terms of the Mortgage and/or applicable law, at any time before a judgment enters enforcing the Mortgage, you may have the opportunity to reinstate the mortgage loan by paying all sums which would then be due under the Mortgage had no acceleration occurred, including reasonable attorneys' fees and other costs of proceedings which have been incurred as of the date of such payment, and by complying with any reasonable requests of the Lender in connection with protection of its security interest in the Property, as set forth in the Mortgage. If you meet the conditions required to reinstate prior to the deadline established by applicable law and/or the loan documents, you will have the right to have the enforcement of the Mortgage discontinued, and to have the Note and Mortgage remain fully effective as if immediate payment in full had never been required.

You may have options available other than foreclosure. You may discuss available options with the Lender, its servicer if applicable, or a counselor approved by the United States Department of Housing and Urban Development ("HUD") (see attached list of agencies approved by HUD to assist mortgagors in the State to avoid foreclosure). Additional information may be found at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm?webListAction=search&searchstate=me. You are encouraged to explore available options prior to the Cure Date.

The contact information for an individual representing the lender that may modify the loan is: Bayview Loan Servicing, Attn: Loss Mitigation, 4425 Ponce de Leon Blvd., 5th Floor, Coral Gables, FL 33146, (305) 646-4133.

Also, you may assert through court action the nonexistence of a default or any other defense you may have to acceleration and sale of the property. If a court action for foreclosure is commenced, you also have a right to assert those claims or defenses in response to that action. Where mediation is available under state law (14 M.R.S.A. §6321-A), you may request mediation to explore options for avoiding foreclosure judgment.

**NOTICE:**
**THE LAW FIRM OF BENDETT AND MCHUGH, PC IS A DEBT COLLECTOR AND IS ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION WE OBTAIN WILL BE USED FOR THAT PURPOSE. IF YOU HAVE PREVIOUSLY RECEIVED A DISCHARGE IN BANKRUPTCY WHICH DISCHARGED THIS DEBT, THIS CORRESPONDENCE IS NOT AND SHOULD NOT BE CONSTRUED TO BE AN ATTEMPT TO COLLECT A DEBT, BUT ONLY ENFORCEMENT OF A LIEN AGAINST PROPERTY.**

Very truly yours,

*Carly J. Traub, Esq.*

Carly J. Traub, Esq.

SENT VIA FIRST CLASS CERTIFICATED, POSTAGE PREPAID

Itemization of Cure Amount thru October 9, 2018

| | |
|---|---|
| Principal & Interest & Escrow Payments<br>28 Payments @ $2,018.26<br>12 Payments @ $1,939.85<br>12 Payments @ $1,943.26<br>5 Payments   @ $1.969.42 | $112,979.70 |
| Attorney's Fees | $1,124.00 |
| Late Charges Due | $3,074.83 |
| Property Inspection Fee | $393.00 |
| BPO | $75.00 |
| Hazard Claims | $2,305.75 |
| Property Preservation Expense | $16,531.31 |
| Total arrearage | $136,483.59 |

3

This listing is current as of **10/01/2018**.

## Agencies located in MAINE

**Agency Name:** MAINE STATE HOUSING AUTHORITY
**Phone:** 207-626-4670
**Toll Free:** 800-452-4668
**Fax:** 207-626-4678
**Email:** dkjohnson@mainehousing.org
**Address:** 353 Water Street
AUGUSTA, Maine 04330-4665
**Counseling Services:** - Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
**Languages:** - English
**Affiliation:**
**Website:** www.mainehousing.org
**Agency ID:** 81227

**Agency Name:** MAINE STATE HOUSING AUTHORITY
**Phone:** 207-626-4670
**Toll Free:**
**Fax:**
**Email:** dkjohnson@mainehousing.org
**Address:** 353 Water St
Augusta, Maine 04330-6113
**Counseling Services:** - Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
**Languages:** - English
**Affiliation:** MAINE STATE HOUSING AUTHORITY
**Website:** http://www.mainehousing.org
**Agency ID:** 84456

**Agency Name:** PENQUIS COMMUNITY ACTION PROGRAM
**Phone:** 207-974-2403
**Toll Free:** 888-424-0151
**Fax:** 207-973-3699
**Email:** hmassow@penquis.org
**Address:** 262 Harlow Street
BANGOR, Maine 04401-4952
**Counseling Services:** - Financial, Budgeting, and Credit Workshops
- Mortgage Delinquency and Default Resolution Counseling
- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops
**Languages:** - English
**Affiliation:** NEIGHBORHOOD REINVESTMENT CORP. DBA NEIGHBORWORKS AMERICA
**Website:** http://www.penquis.org
**Agency ID:** 81649

**Agency Name:** MIDCOAST MAINE COMMUNITY ACTION
**Phone:** 207-442-7963
**Toll Free:** 800-221-2221
**Fax:** 207-443-7447
**Email:** candice.carpenter@mmcacorp.org
**Address:** 34 Wing Farm Pkwy
Bath, Maine 04530-1515
**Counseling Services:** - Financial Management/Budget Counseling
- Rental Housing Counseling
- Services for Homeless Counseling
**Languages:** - English
- Spanish
**Affiliation:**
**Website:** http://www.midcoastmainecommunityaction.org
**Agency ID:** 80502

**Agency Name:** WALDO COMMUNITY ACTION PARTNERS
**Phone:** 207-338-6809
**Toll Free:**
**Fax:**
**Email:** N/A
**Address:** 9 Field St Ste 201
Belfast, Maine 04915-6661
**Counseling Services:**

```
                      - Financial Management/Budget Counseling
                      - Mortgage Delinquency and Default Resolution Counseling
                      - Non-Delinquency Post Purchase Workshops
                      - Pre-purchase Counseling
                      - Pre-purchase Homebuyer Education Workshops
                      - Rental Housing Counseling
                      - Resolving/Preventing Mortgage Delinquency Workshops
                      - Services for Homeless Counseling
       Languages:    - English
                      - French
                      - German
       Affiliation:  MAINE STATE HOUSING AUTHORITY
          Website:   http://waldocap.org
         Agency ID:  90310
```

```
       Agency Name:  COASTAL ENTERPRISES, INCORPORATED
             Phone:  207-504-5900
         Toll Free:  877-340-2649
              Fax:
             Email:  jason.thomas@ceimaine.org
           Address:  30 Federal Street
                     Suite 100
                     BRUNSWICK, Maine 04011-1510
Counseling Services: - Fair Housing Pre-Purchase Education Workshops
                      - Financial Management/Budget Counseling
                      - Home Improvement and Rehabilitation Counseling
                      - Mortgage Delinquency and Default Resolution Counseling
                      - Non-Delinquency Post Purchase Workshops
                      - Pre-purchase Counseling
                      - Pre-purchase Homebuyer Education Workshops
                      - Predatory Lending Education Workshops
                      - Rental Housing Counseling
                      - Reverse Mortgage Counseling
                      - Services for Homeless Counseling
       Languages:    - English
                      - Spanish
       Affiliation:  CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
          Website:   http://www.ceimaine.org
         Agency ID:  80985
```

```
       Agency Name:  FOUR DIRECTIONS DEVELOPMENT CORPORATION
             Phone:  207-866-6546
         Toll Free:
              Fax:   207-866-6553
             Email:  snickerson@fourdirectionsmaine.org
           Address:  20 Godfrey Drive
                     ORONO, Maine 04473-3610
Counseling Services: - Financial Management/Budget Counseling
                      - Financial, Budgeting, and Credit Workshops
                      - Home Improvement and Rehabilitation Counseling
                      - Non-Delinquency Post Purchase Workshops
                      - Pre-purchase Counseling
                      - Pre-purchase Homebuyer Education Workshops
       Languages:    - English
       Affiliation:  MAINE STATE HOUSING AUTHORITY
          Website:   www.fourdirectionsmaine.org
         Agency ID:  83879
```

```
       Agency Name:  AVESTA HOUSING DEVELOPMENT CORPORATION
             Phone:  207-553-7780-3347
         Toll Free:  800-339-6516
              Fax:   207-553-7778
             Email:  ndigeronimo@avestahousing.org
           Address:  307 Cumberland Avenue
                     PORTLAND, Maine 04101-4920
Counseling Services: - Financial Management/Budget Counseling
                      - Home Improvement and Rehabilitation Counseling
                      - Mortgage Delinquency and Default Resolution Counseling
                      - Non-Delinquency Post Purchase Workshops
                      - Pre-purchase Counseling
                      - Pre-purchase Homebuyer Education Workshops
                      - Rental Housing Counseling
                      - Rental Housing Workshops
       Languages:    - English
       Affiliation:  CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC.
```

|   |   |
|---|---|
| Website: | www.avestahousing.org |
| Agency ID: | 81144 |

|   |   |
|---|---|
| Agency Name: | MONEY MANAGEMENT INTERNATIONAL - SOUTH PORTLAND |
| Phone: | 866-232-9080 |
| Toll Free: | 866-232-9080 |
| Fax: | 866-921-5129 |
| Email: | counselinginfo@moneymanagement.org |
| Address: | 477 Congress St<br>5th Floor<br>PORTLAND, Maine 04101-3427 |
| Counseling Services: | - Financial Management/Budget Counseling<br>- Mortgage Delinquency and Default Resolution Counseling<br>- Non-Delinquency Post Purchase Workshops<br>- Pre-purchase Counseling<br>- Pre-purchase Homebuyer Education Workshops<br>- Rental Housing Counseling |
| Languages: | - English<br>- Spanish |
| Affiliation: | MONEY MANAGEMENT INTERNATIONAL INC. |
| Website: | http://www.moneymanagement.org |
| Agency ID: | 82632 |

|   |   |
|---|---|
| Agency Name: | PINE TREE LEGAL ASSISTANCE, INCORPORATED |
| Phone: | 207-774-8211 |
| Toll Free: |   |
| Fax: | 207-828-2300 |
| Email: | nheald@ptla.org |
| Address: | 88 Federal St<br>PO Box 547<br>PORTLAND, Maine 04101-4205 |
| Counseling Services: | - Fair Housing Pre-Purchase Education Workshops<br>- Mortgage Delinquency and Default Resolution Counseling<br>- Pre-purchase Counseling<br>- Predatory Lending Education Workshops<br>- Rental Housing Counseling<br>- Services for Homeless Counseling |
| Languages: | - Arabic<br>- ASL<br>- Cambodian<br>- Cantonese<br>- Chinese Mandarin<br>- Creole<br>- Czech<br>- English<br>- Farsi<br>- French<br>- Hindi<br>- Hmong<br>- Indonesian<br>- Korean<br>- Polish<br>- Portuguese<br>- Russian<br>- Spanish<br>- Swahili<br>- Turkish<br>- Ukrainian<br>- Vietnamese |
| Affiliation: |   |
| Website: | http://www.ptla.org |
| Agency ID: | 80635 |

|   |   |
|---|---|
| Agency Name: | PROPERITY ME FKA COMMUNITY FINANCIAL LITERACY |
| Phone: | 207-797-7890 |
| Toll Free: |   |
| Fax: |   |
| Email: | crwaganje@prosperityme.org |
| Address: | 309 Cumberland Ave Ste 202<br>Portland, Maine 04101-4982 |
| Counseling Services: | - Fair Housing Pre-Purchase Education Workshops<br>- Financial Management/Budget Counseling<br>- Financial, Budgeting, and Credit Workshops<br>- Pre-purchase Counseling<br>- Pre-purchase Homebuyer Education Workshops |

|  |  |
|---|---|
| | - Rental Housing Counseling |
| Languages: | - English |
| | - French |
| | - Other |
| | - Swahili |
| Affiliation: | MAINE STATE HOUSING AUTHORITY |
| Website: | http://cflme.org/ |
| Agency ID: | 80649 |

|  |  |
|---|---|
| Agency Name: | AROOSTOOK COUNTY ACTION PROGRAM, INC. |
| Phone: | 207-764-3721 |
| Toll Free: | |
| Fax: | |
| Email: | N/A |
| Address: | 771 Main St |
| | Presque Isle, Maine 04769-2201 |
| Counseling Services: | - Mortgage Delinquency and Default Resolution Counseling |
| | - Pre-purchase Counseling |
| | - Pre-purchase Homebuyer Education Workshops |
| Languages: | - English |
| Affiliation: | MAINE STATE HOUSING AUTHORITY |
| Website: | http://www.acap-me.org |
| Agency ID: | 83641 |

|  |  |
|---|---|
| Agency Name: | YORK COUNTY COMMUNITY ACTION AGENCY |
| Phone: | 207-459-2903 |
| Toll Free: | |
| Fax: | 207-490-5026 |
| Email: | Meaghan.Arzberger@yccac.org |
| Address: | 6 Spruce Street |
| | SANFORD, Maine 04073-2917 |
| Counseling Services: | - Fair Housing Pre-Purchase Education Workshops |
| | - Financial Management/Budget Counseling |
| | - Home Improvement and Rehabilitation Counseling |
| | - Mortgage Delinquency and Default Resolution Counseling |
| | - Non-Delinquency Post Purchase Workshops |
| | - Pre-purchase Counseling |
| | - Pre-purchase Homebuyer Education Workshops |
| | - Predatory Lending Education Workshops |
| | - Rental Housing Counseling |
| | - Services for Homeless Counseling |
| Languages: | - English |
| Affiliation: | CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC. |
| Website: | http://www.yccac.org |
| Agency ID: | 81150 |

|  |  |
|---|---|
| Agency Name: | COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE |
| Phone: | 207-333-6419 |
| Toll Free: | |
| Fax: | 207-795-4069 |
| Email: | homequest@community-concepts.org |
| Address: | 17 Market Square |
| | SOUTH PARIS, Maine 04281-1533 |
| Counseling Services: | - Fair Housing Pre-Purchase Education Workshops |
| | - Financial Management/Budget Counseling |
| | - Mortgage Delinquency and Default Resolution Counseling |
| | - Non-Delinquency Post Purchase Workshops |
| | - Pre-purchase Counseling |
| | - Pre-purchase Homebuyer Education Workshops |
| | - Predatory Lending Education Workshops |
| | - Rental Housing Counseling |
| Languages: | - English |
| Affiliation: | CITIZENS' HOUSING AND PLANNING ASSOCIATION, INC. |
| Website: | www.community-concepts.org |
| Agency ID: | 81580 |

|  |  |
|---|---|
| Agency Name: | KENNEBEC VALLEY COMMUNITY ACTION PROGRAM |
| Phone: | 800-542-8227 |
| Toll Free: | |
| Fax: | |
| Email: | N/A |
| Address: | 97 Water St |
| | Waterville, Maine 04901-6339 |
| Counseling Services: | - Financial Management/Budget Counseling |
| | - Mortgage Delinquency and Default Resolution Counseling |

- Pre-purchase Counseling
- Pre-purchase Homebuyer Education Workshops

**Languages:** - English
**Affiliation:** NEIGHBORHOOD REINVESTMENT CORP. DBA NEIGHBORWORKS AMERICA
**Website:** http://www.kvcap.org
**Agency ID:** 81685